# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.  3:14-CR-00267-BR |
| **v.** | |
| **FABIAN SANDOVAL-RAMOS,** **RAUL ARCILA and,** **SHANE GLENN BAKER,** | **PROTECTIVE ORDER** |
| Defendants. | |

This matter came before the Court upon the government's unopposed motion for a protective order pursuant to Rule 16(d)(1), Fed. R. Crim. P., to govern the discovery material in this case.  Good cause having been shown in the government's motion,

**IT IS HEREBY ORDERED** that defense counsel of record, their investigators, assistants, and employees or contractors may review with defendants all discovery material produced by the government, but shall not provide defendants with copies of, or unsupervised access to, any discovery material produced by the government which contains:

a.  personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information");

    b.  financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, contact information, or taxpayer identification numbers ("Financial Information"); or

    c.  information regarding the identity of the government's confidential sources or sources of information, including criminal histories, and arrest records ("Confidential Source Information");

unless the Personal Information, Financial Information, and/or Confidential Source Information has first been redacted from the discovery materials.

        **IT IS FURTHER ORDERED** that neither defense counsel nor defendants shall provide any discovery material produced by the government to any person not a party to this case, nor make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery material to those persons employed by defense counsel who are necessary to assist counsel of record in preparation for trial or other proceedings.

        DATED this __15th__ day of July 2014.


                        /s/ Anna J. Brown
                        _____
                        THE HONORABLE ANNA J. BROWN
                        United States District Court Judge

Respectfully submitted,
S. AMANDA MARSHAL
United States Attorney
District of Oregon

s/ Leah K. Bolstad
_____
LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney

**Protective Order, 3:14-CR-00267-BR**                        **Page 2**