Todd Bofferding, OSB #883720
Attorney at Law
P.O. Box 539
1215 B St.
Hood River, Oregon 97031
541.490.9012
tbofferding@gorge.net

Attorney for Defendant Raul Arcila

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 3:14-CR-00267-BR-3 |
| vs. | ) | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| RAUL ARCILA, | ) | |
| Defendant. | ) | |

 Raul Arcila, through his attorney, Todd Bofferding, moves this Court for an Order continuing the currently scheduled trial date of January 20, 2015 to a date no sooner than March 17, 2015.

 Defendant is in custody with Washington County, Oregon serving a sentence for Driving Under the Influence of Intoxicants, and then will be moved to Clackamas County, Oregon to address an outstanding Probation Violation. He was Arraigned on this case on July 1, 2014. This is Defendant's second request to continue the trial date.

 Counsel understands that Assistant United States Attorney Leah K. Bolstad and

1 - UNOPPOSED MOTION TO CONTINUE TRIAL DATE

counsels for the co-defendants do not object to this Motion.

Defendant has been consulted, and he agrees for the need to continue the trial date. Defendant also understands his rights provided by the Speedy Trial Act, and he agrees to waive those rights by this continuance. Defendant understands and agrees that this continuance constitutes excludable delay.

Grounds for this Motion and case description is contained in Defense Counsel's Declaration, filed simultaneously herewith.

The period of delay resulting from the granting of this trial date continuance will be excludable, pursuant to 18 U.S.C. 3161(h)(7)(A),(B)(iv) because the ends of justice will be better served by the granting of the continuance, and a continuance will outweigh the best interests of the public and the defendant in a speedier trial.

RESPECTFULLY SUBMITTED this 9th day of January, 2015.

>*/s/ Todd Bofferding*
>Todd Bofferding, OSB #883720
>Attorney for Defendant Arcila